The law creating the offense for which this appellant was convicted has been repealed. Following Meadows v. State (Tex. Cr.App.) 88 S.W.(2d) 481, the judgment is reversed and the prosecution ordered dismissed.

## HOPE v. STATE.
No. 18377.

Court of Criminal Appeals of Texas.
March 18, 1936.

H. A. Cline, of Wharton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for robbery; penalty assessed at confinement in the penitentiary for ten years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## HOPE v. STATE.
No. 18383.

Court of Criminal Appeals of Texas.
March 18, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for fifty years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## NICELY v. STATE.
No. 18052.

Court of Criminal Appeals of Texas.
March 18, 1936.

William W. Ballard, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of burglary and his punishment was assessed